HENRY WILLETTS

v.

OSCAR G. WHEELER ET AL.

*Negotiable Instruments—Notes—Interest—Usury*—Remittitur—*Costs.*

In an action brought to recover upon certain promissory notes, the plaintiffs offering to remit all over and above a sum named, if it was held that the defense of usury was made out, this court holds that the plaintiff is entitled to a judgment for the sum named.

[Opinion filed December 2, 1889.]

IN ERROR to the Superior Court of Cook County; the Hon. JOHN P. ALTGELD, Judge, presiding.

Messrs. P. L. SHERMAN and W. B. BRADFORD, for plaintiff in error.

Messrs. PAYNE & PORTER, for defendants in error.

GARY, P. J.    From the record no very satisfactory history of the dealings out of which the suit grows, can be extracted, upon the truth of which reliance can be placed. It is clear, however, that in 1875 the appellant had, as a loan from the appellees, $3,614.74 more than he has ever repaid; that the notes sued upon in this case are now the only evidence remaining of the indebtedness created by that loan; that the loan was at a usual rate of interest. The appellees offer to remit all beyond the sum above named, if the court comes to the conclusion the defense of usury is made out; and acting upon that offer, the judgment of the Superior Court is reversed and the cause is remanded with directions to permit the appellees to enter judgment and issue execution for the sum above named. Appellees pay the cost here.

*Reversed and remanded with directions.*